Circuit Court for Queen Anne's County
Case No. 17-K-11-007752

IN THE COURT OF APPEALS OF MARYLAND

No. 111

September Term, 2013

ADE YEMI SCOTT

v.

STATE OF MARYLAND

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald,

JJ.

PER CURIAM ORDER

Filed: May 15, 2014

ADE YEMI SCOTT           *       IN THE

                                        *       COURT OF APPEALS

        v.                       *       OF MARYLAND

                                        *       No. 111

STATE OF MARYLAND       *       September Term, 2013

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 15th day of May, 2014

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of Nalls v. State, ____ Md. ____, ____ A.3d ____ (No. 54, September Term, 2013 filed April 23, 2014); Melvin v. State, ____ Md. ____, ____ A.3d ____ (No. 95, September Term, 2013 filed April 23, 2014); Szwed v. State, ____ Md. ____, ____ A.3d ____ (No. 61, September Term, 2013 filed April 23, 2014); and Morgan v. State, ____ Md. ____, ____ A.3d ____ (No. 71, September Term, 2013 filed April 23, 2014). Costs in the Court of Special Appeals to abide the result.

                                        __/s/ Mary Ellen Barbera_____
                                                 Chief Judge